John H. Blackburn, Respondent, *v.* Andrew V. Clements et al., Constituting the Board of Education of Union Free School District No. 1, Town of Coeymans, et al., Appellants.

Argued March 16, 1948; decided May 20, 1948.

*John W. Manning* and *Edward S. Godfrey* for appellants.
*Joseph J. Casey* for respondent.

*Per Curiam.* A school district is not a municipal corporation within the meaning of section 51 of the General Municipal Law. (*Brooks* v. *Wyman,* 246 N. Y. 534.) That question was not raised or considered in *Judd* v. *Board of Education* (278 N. Y. 200). The first question certified is answered in the negative, the orders are reversed and the complaint dismissed, with costs in all courts. The second question certified is not answered.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Orders reversed, etc.